

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       Choice! Natural Gas, LP v. John  F.  Klosek

Appellate case number:    01-20-00737-CV

Trial court case number:  2019-89242

Trial court:                      334th District Court of Harris County

      Appellant, Choice! Natural Gas, LP, and appellee, John F. Klosek, filed a joint motion to abate appellant's interlocutory appeal for sixty days while the parties finalize a settlement and prepare a motion for dismissal.

      The Court **grants** the motion and **abates** the appeal for **sixty days** from the date of this order. The appeal is abated, treated as a closed case, and removed from this court's active docket. While the case is abated, the court will consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

      It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                     Acting individually

Date:  April 13, 2021